IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-CV-00221 (JJF) |
| v. | ) JURY TRIAL DEMANDED |
| CHARLES P. ARENA, | ) |
| Defendant. | ) |

**PRAECIPE TO ISSUE ALIAS SUMMONS**

TO:   CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

PLEASE ISSUE ALIAS SUMMONS to serve a copy of the Complaint on the Defendant, Charles P. Arena, by personal service at his residence, 23 Cedarfield Road, Magnolia, DE 19962.

Dated: June 17, 2005        By: _____

WHITE AND WILLIAMS LLP

Frank E. Noyes, II, Esquire (#3988)
824 North Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone:   (302) 467-4511

*Attorney for Plaintiff, Blue Hen Hotel LLC*

DOCS_DE 112462v1