IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, </br></br>  Plaintiff, </br></br> v. </br></br> CHARLES P. ARENA, </br></br>  Defendant. | ) </br> ) </br> ) CIVIL ACTION NO. 05-CV-00221 (JJF) </br> ) </br> ) JURY TRIAL DEMANDED </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of *Michael N. Onufrak* to represent the plaintiff in this matter.

WHITE AND WILLIAMS LLP

Dated: June 30, 2005        By: _____
Frank E. Noyes, II, Esquire (#3988)
824 North Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone:   (302) 467-4511

*Attorney for Plaintiff, Blue Hen Hotel LLC*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice of *Michael N. Onufrak* is granted.

Dated: _____, 2005        By: _____
United States District Judge

DOCS_DE 109437v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, and practicing in good standing as a member of the Bars of Pennsylvania and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: April 27, 2005

Signed: *(signature)*
Michael N. Onufrak, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
Telephone: (215) 864-7174

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES P. ARENA, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 05-CV-00221 (JJF) <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Frank E. Noyes, II, Esquire, do hereby certify that on this 30th day of June, 2005, two (2) copies of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF MICHAEL N. ONUFRAK** was served upon the following via First Class Mail, postage-paid:

Charles P. Arena
270 Park Place
Media, PA 19063-2045

WHITE AND WILLIAMS LLP

By: _____
Frank E. Noyes, II, Esquire (#3988)
824 North Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone: (302) 467-4511

*Attorney for Plaintiff, Blue Hen Hotel LLC*