IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, : | |
| Plaintiff, : | |
| v. : | C.A. No. 05-221-JJF |
| CHARLES P. ARENA, : | |
| Defendant. : | |

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6)

The defendant, Charles P. Arena, hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to partially dismiss Count I of the Complaint and to dismiss Count II of the Complaint in its entirety. The reasons for defendant's motion are set forth in the Opening Brief being filed herewith.

BIFFERATO GENTILOTTI BIDEN & BALICK

_____
Adam Balick (ID # 2718)
Joanne Ceballos (ID# 2854)
711 King Street
Wilmington, Delaware  19801
(302) 658-4265
Attorneys for Defendant
Charles P. Arena

September 2, 2005

## CERTIFICATE OF SERVICE

I, Adam Balick hereby certify that on the 2nd day of September, 2005 two copies of the attached Motion to Dismiss were served electronically upon the following:

>Frank Noyes II, Esquire
>White and Williams LLP
>824 North Market Street, Suite 902
>P.O. Box 709
>Wilmington, DE 19899-0709

_____
ADAM BALICK