IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLUE HEN HOTEL, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.05-221-JJF |
| CHARLES P. ARENA, | : | |
| Defendant. | : | |

**ORDER GRANTING DEFENDANT'S MOTION**
**TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6)**

The Court having considered Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6), and the briefs filed by the parties in connection therewith,

**IT IS HEREBY ORDERED**:

1. Count I of the Complaint is dismissed with prejudice with respect to alleged liability resulting from alleged failure to pay second tier subcontractor Energy Products & Service Co., and third tier subcontractor Diversified Construction Staffing, Inc.

2. Count II of the Complaint is dismissed with prejudice.

_____
United States District Court Judge

Dated:_____