# White and Williams LLP

WW

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*Frank E. Noyes, II*
*Counsel*
*Direct Dial: 302.467.4511*
*Direct Fax: 302.467.4556*
*noyesf@whiteandwilliams.com*

February 8, 2006

**Via E-Filing and Hand Delivery**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 N. King Street
Lockbox 27
Wilmington, DE 19801

>   **RE: Blue Hen Hotel, LLC v. Charles P. Arena**
>   **C. A. No. 05-CV-00221 (JJF)**
>   **W & W File No. 19898-00001**

Dear Judge Farnan:

    I represent plaintiff Blue Hen Hotel, LLC in the above-captioned matter which is assigned to Your Honor. Defendant Charles Arena has filed a motion for partial dismissal, which is pending before the Court. Since the motion does not seek complete dismissal of the lawsuit, plaintiff respectfully requests that the Court set a time for a Rule 16 scheduling conference.

                                               Respectfully yours,

                                               WHITE AND WILLIAMS LLP

                                         By: *[signature]*
                                             Frank E. Noyes, II

FEN:kab
cc:    Adam L. Balick, Esquire