IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, ) | |
| ) | CIVIL ACTION NO. 05-CV-00221 (SLR) |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CHARLES P. ARENA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned counsel certifies that on the 13th day of March, 2006, two true and correct copies of *Plaintiff's First Set of Interrogatories to Defendant* and *Plaintiff's First Set of Document Requests to Defendant,* were served on the following electronically and in the following manner:

*Via Hand Delivery:*

Adam Balick, Esquire
Bifferato, Gentilotti, Biden & Balick
711 N. King Street
Wilmington, DE 19801

WHITE AND WILLIAMS LLP

_____
FRANK E. NOYES (#3988)
824 North Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
(302) 467-4511

*Attorneys for Plaintiff*

DOCS_DE 123315v.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-CV-00221 (SLR) |
| v. | ) JURY TRIAL DEMANDED |
| CHARLES P. ARENA, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Frank E. Noyes, Esquire, hereby certify that on the 13th day of March, 2006, I caused two true and correct copies of the foregoing *Notice of Service* to be served upon the following counsel by e-filing and hand delivery:

> Adam Balick, Esquire
> Bifferato, Gentilotti, Biden & Balick
> 711 N. King Street
> Wilmington, DE 19801

_____
Frank E. Noyes, II (#3988)