IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No.05-221-JJF |
| CHARLES P. ARENA, | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Adam Balick, hereby certify that on the 27th day of March, 2006, Defendant's Initial Disclosures were served on the following counsel for Plaintiff by electronic mail:

Frank Noyes II, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
noyesf@whiteandwilliams.com

BIFFERATO, GENTILOTTI, BIDEN & BALICK

*/s/ Adam Balick*
Adam Balick (DE 2718)
Joanne Ceballos (DE 2854)
711 King Street
Wilmington DE 19801
(302) 429-1900

Attorneys for Defendant
Charles P. Arena

Dated: March 28, 2006