**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

March 30, 2006

Adam Balick, Esq.
Bifferato Gentilotti Biden & Balick
711 King Street
Wilmington, DE   19801

Frank Noyes, III, Esq.
White and Williams LLP
824 N. Market Street - #902
Wilmington, DE   19801

Re:   Blue Hen Hotel, LLC v. Charles P. Arena
      Civil Action No. 05-221-KAJ

Dear Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court