IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BLUE HEN HOTEL, LLC, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-CV-00221 (SLR) |
| v. | ) JURY TRIAL DEMANDED |
| CHARLES P. ARENA, | ) |
| Defendant. | ) |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Frank E. Noyes, II, Esquire, on behalf of plaintiff, Blue Hen Hotel, LLC.

**PLEASE ENTER** the appearance of James S. Yoder, Esquire on behalf of plaintiff, Blue Hen Hotel, LLC.

WHITE AND WILLIAMS LLP

_/s/ James Yoder for Frank E. Noyes_
Frank E. Noyes, II
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

WHITE AND WILLIAMS LLP

_/s/ James S. Yoder_
James S. Yoder
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709

Dated: August 16, 2006

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, ) | |
| ) | CIVIL ACTION NO. 05-CV-00221 (SLR) |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CHARLES P. ARENA, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, do hereby certify that on this 16th day of August, 2006, two (2) copies of the foregoing **SUBSTITUTION OF COUNSEL** were delivered by U.S. mail to the following party:

Adam Balick, Esquire
Bifferato, Gentilotti, Biden & Balick, P.A.
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

WHITE AND WILLIAMS LLP

By: _____
JAMES S. YODER
824 North Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
(302) 467-4531
*Attorney for Plaintiff,*
*Blue Hen Hotel, LLC*

-2-