# EXHIBIT C

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE  19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*Frank E. Noyes, II*
*Counsel*
*Direct Dial: 302.467.4511*
*Direct Fax: 302.467.4556*
*noyesf@whiteandwilliams.com*

August 8, 2006

Adam Balick, Esquire
Bifferato, Gentilotti, Biden & Balick
711 N. King Street
Wilmington, DE 19801

    **RE:  Blue Hen Hotel, LLC v. Charles P. Arena**

Dear Adam:

    Following up on the phone message I left while you were away, we would like to move forward with the deposition of your client, either in the last week of August or in early September.  Please contact my office with agreeable dates.

    In addition, answers to Blue Hen's Interrogatories and Requests for Production of documents are still due, although obviously we have been provided access to a large number of the documents relating to the Blue Hen Hotel project.

                      Very truly yours,

                        WHITE AND WILLIAMS LLP

                By:
                        Frank E. Noyes, II

FEN:kab