## CERTIFICATE OF SERVICE

I, Adam Balick hereby certify that on the 11th day of September, 2006 two copies of the attached Defendant's Opposition to Plaintiff's Motion to Compel, Defendant's Motion to Stay Discovery and Proposed Order were served electronically upon the following:

>James S. Yoder, Esquire
>White and Williams LLP
>824 North Market Street, Suite 902
>P.O. Box 709
>Wilmington, DE 19899-0709

_____
Adam Balick (ID# 2718)