IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, : | |
| Plaintiff, : | |
| v. : | Civil Action No.05-221-JJF |
| CHARLES P. ARENA, : | |
| Defendant. : | |

## ORDER

AND NOW this _____ day of _____, 2006, the Court having considered Plaintiff's Motion to Compel Defendant's Responses to Discovery Requests and Defendant's Opposition thereto, and Defendant's Motion for a Protective Order to Stay Discovery and Plaintiff's Opposition thereto,

IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion to Compel is denied.

2. Defendant's Motion for a Protective Order is granted.

3. Discovery shall not proceed until after the Court issues its ruling on Defendant's partial motion to dismiss the complaint.

_____
United States District Court Judge