# White and Williams LLP

**WW**

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*James S. Yoder*
*Direct Dial: 302.467.4524*
*Direct Fax: 302.467.4554*
*yoderj@whiteandwilliams.com*

September 21, 2006

**By E-file and Hand Delivery**

The Hon. Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 10
Wilmington, DE 19801

    RE: **Blue Hen Hotel, LLC v. Arena**
          **C.A. No. 05-00221 KAJ**
          <u>**Blue Hen Hotel's Motion to Compel Discovery**</u>

Dear Judge Jordan:

    Plaintiff's Motion to Compel Discovery (D.I. #26), filed on August 24, 2006, has been fully briefed. I respectfully request oral argument of the matter before the Court.

                Respectfully submitted,

                WHITE AND WILLIAMS LLP

                By: _____
                James S. Yoder, Esquire (Del. No. 2643)

JSY/hla
cc: Joanne Ceballos, Esq.

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ • New York, NY*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

DOCS_DE 131044v.1