## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on the 22nd day of September, 2006, the foregoing Defendant's Reply in Support of Defendant's Motion to Stay Discovery were served electronically and via First Class Mail upon the following:

>James S. Yoder, Esquire
>824 N. Market Street, Suite 902
>P.O. Box 709
>Wilmington, DE  19899-0709
>yoderj@whiteandwilliams.com

_____
Joanne Ceballos