IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: 05-cv-00221 (KAJ) |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| CHARLES P. ARENA, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I, Garvan F. McDaniel, Esquire, hereby certify that on this 30th day of October, 2006, a true and correct copy of the foregoing **Defendant's Answer to Plaintiff's Complaint** were caused to be served on the following in the manner so indicated:

**By U.S. First Class Mail**
James S. Yoder, Esq.
White & Williams LLP
824 North Market Street, Suite 902
Wilmington, Delaware 19899-0709
**Attorney for Plaintiff**
**Blue Hen Hotel, LLC**

                                    BIFFERATO GENTILOTTI BIDEN & BALICK, L.L.C.

                                    /s/ Garvan F. McDaniel
                                    Garvan F. McDaniel (Del. ID # 4167)
                                    1308 Delaware Avenue
                                    P.O. Box 2165
                                    Wilmington, DE 19899
                                    **Attorney for Defendant,**
                                    **Charles P. Arena**