IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, L.L.C., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-221-*** (MPT) |
| : | |
| CHARLES P. ARENA, : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington, Delaware, this **19th** day of **January, 2007.**

The above-referenced matter having been reassigned to this Judge for handling through the pretrial conference,

IT IS ORDERED that a status teleconference with Judge Thynge has been scheduled for **Tuesday, January 23, 2007 at 8:30 a.m. Counsel for plaintiff shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE