IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, L.L.C., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-221-*** (MPT) |
| CHARLES P. ARENA, | : |
| Defendant. | : |

## ORDER

At Wilmington, Delaware, this **30th** day of **January, 2007.**

IT IS ORDERED that the transcript of the teleconference held on January 23, 2007 shall serve as the Order of the Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE