## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, L.L.C., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-221-*** |
| CHARLES P. ARENA, | : |
| Defendant. | : |

## **ORDER**

At Wilmington, Delaware, this **1st** day of **February, 2007.**

IT IS ORDERED that a scheduling teleconference has been scheduled for **Thursday, February 22, 2007 at 1:00 p.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE