## CERTIFICATE OF SERVICE

I, Adam Balick hereby certify that on the 15th day of February 2007, the attached Defendant's Responses to Plaintiff's First Set of Interrogatories directed to Defendant were served via First Class Mail upon the following:

>James S. Yoder, Esquire
>White and Williams LLP
>824 North Market Street, Suite 902
>P.O. Box 709
>Wilmington, DE 19899-0709

 /s/ Adam Balick
Adam Balick (ID# 2718)