**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BLUE HEN HOTEL, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.05-221-JJF |
| | : | |
| CHARLES P. ARENA, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE OF DEFENDANT CHARLES P. ARENA
RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF
<u>DOCUMENTS DIRECTED TO DEFENDANT</u>**

I, Adam Balick, hereby certify that on this 15th day of February 2007, Defendant's Responses to Plaintiff's First Request for Production of Documents Directed to Defendant were served on the following counsel by electronic mail:

> James S. Yoder, Esquire
> White and Williams LLP
> 824 North Market Street, Suite 902
> P.O. Box 709
> Wilmington, DE 19899-0709
> jyoder@whiteandwilliams.com

> BIFFERATO GENTILOTTI & BALICK

>    */s/ Adam Balick*
> Adam Balick (DE 2718)
> 711 King Street
> Wilmington DE 19801
> (302) 429-1900

> Attorney for Defendant
> Charles P. Arena

Dated: February 15, 2007