IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLUE HEN HOTEL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES P. ARENA, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 05-CV-00221 (***) <br><br> JURY TRIAL DEMANDED |

### STIPULATION AS TO JURISDICTION

Plaintiff, Blue Hen Hotel, LLC and Defendant, Charles P. Arena, through their respective counsel, hereby stipulate to the jurisdiction of The Honorable Mary Pat Thynge over the mediation, the pre-trial proceedings and the trial of the above captioned matter.

| WHITE AND WILLIAMS LLP | BIFFERATO, GENTILOTTI, BIDEN & BALICK |
|---|---|
| */s/ James S. Yoder* <br> James S. Yoder (DE No. 2643) <br> 824 N. Market Street, Suite 902 <br> P.O. Box 709 <br> Wilmington, DE 19899-0709 <br> Phone: 302-467-4524 <br> Fax: 302-467-4554 <br> Email: yoderj@whiteandwilliams.com <br> Counsel for Plaintiff | */s/ Adam Balick* <br> Adam Balick, Esquire (DE No. 2718) <br> 711 N. King Street <br> Wilmington, DE 19801 <br> Phone: 302-429-1900 <br> Fax: 302-429-8600 <br> Email: abalick@bgbblaw.com <br> Counsel for Defendant |

SO ORDERED THIS _____ DAY OF _____ 2007.

_____
UNITED STATES DISTRICT JUDGE

WILDMS 140823v.1