# White and Williams LLP



824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

James S. Yoder
Direct Dial: 302.467.4524
Direct Fax: 302.467.4554
yoderj@whiteandwilliams.com

June 1, 2007

**Via Hand Delivery**

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

      RE: **Blue Hen Hotel, LLC v. Arena**
            **C.A. No. 05-00221 MPT**

Dear Magistrate Thynge:

      Pursuant to the paragraph #7 of the Scheduling Order entered on February 22, 2007, (D.I. #43), this letter is an interim status report on the nature of matters in issue and the progress of discovery to date.

      In this action plaintiff, Blue Hen Hotel LLC ("Blue Hen") alleges that defendant, Charles P. Arena, ("Arena") violated the Delaware Prompt Payment Act, violated the Consumer Fraud Act and engaged in a series of Fraudulent Conveyances. These claims arise, in large part, from Arena's alleged personal receipt of funds paid by project owner Blue Hen to bankrupt general contractor, C. Arena & Co., that were owed to unpaid subcontractors on the pertinent construction project.

      As to discovery, Arena has made approximately 16 boxes of construction project documents available for Blue Hen's inspection as well as certain financial records. The defense is in the process of copying certain records designated by plaintiff's counsel for production.

      Counsel are cooperating in the scheduling of the deposition of Arena before the July 6, 2007 fact discovery cutoff. Also counsel are cooperating in the scheduling of the deposition of Dave Hollowell of the University of Delaware before the July 6, 2007 fact discovery cutoff.

*Allentown, PA • Berwyn, PA• Cherry Hill, NJ • New York, NY*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

WILDMS 144875v.1

The Honorable Mary Pat Thynge
June 1, 2007
Page 2

At this time there is no discovery dispute pending.

                                                        Respectfully submitted,

                                                        WHITE AND WILLIAMS LLP

                                   By:  /s/ James S. Yoder
                                           James S. Yoder

JSY/mw
cc: Adam Balick, Esquire by Email,
    abalick@bgbblaw.com

WILDMS 144875v.1