# BALICK & BALICK, LLC
## ATTORNEYS AT LAW

SIDNEY BALICK
ADAM BALICK
JOANNE CEBALLOS

711 KING STREET
WILMINGTON, DELAWARE 19801
TELEPHONE (302) 658-4265
TELECOPIER (302) 658-1682
WWW.BALICK.COM

June 5, 2007

Magistrate Judge Mary Pat Thynge
United States District Court
 for the District of Delaware
844 North King Street
Room 6100
Lock Box 8
Wilmington, DE 19801

    Re:    *Blue Hen Hotel v. Charles Arena*

Dear Magistrate Thynge:

    This office represents defendant Charles P. Arena in the above-reference matter. This letter is sent to clarify a point raised in Plaintiff's June 1, 2007 interim status report. In the second paragraph of that letter, provides, in part, that the Plaintiff alleges defendant " . . .violated the Consumer Fraud Act . . .". That claim, embodied in Count II of Plaintiff's Complaint, was dismissed by Judge Jordan in his memorandum order dated October 16, 2006. Defendant does not disagree with any other representation in Plaintiff's interim status report.

    As always, if any matter addressed herein raises any question or concern, I remain available at the call of the Court.

                                                Respectfully Submitted,

                                              James E. Drnec

JD/jz
cc:    James S. Yoder, Esquire