## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BLUE HEN HOTEL, LLC,                          :
                                              :
    Plaintiff,                            :
                                              :
          v.                         :          C.A. No. 05-221-JJF
                                              :
CHARLES P. ARENA,                             :
                                              :
    Defendant.                            :

### NOTICE OF DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that, on July 19, 2007, the undersigned will take the deposition under oath of David Hollowell at the offices of Balick & Balick LLC, 711 King Street, Wilmington, DE 19801 beginning at 10 a.m. and continuing until completed. The deposition may be recorded by stenographic means and/or by videotape. The deponent is requested to bring with him to the deposition any and all documents in his possession related to the above-captioned lawsuit.

### BALICK & BALICK LLC

        /s/ James E. Drnec
James E. Drnec  (DE 3798)
711 King Street
Wilmington DE 19801
(302) 658-4265
Attorneys for Defendant
Charles P. Arena

Dated: June 28, 2007