**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BLUE HEN HOTEL, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.05-221-JJF |
| | : | |
| CHARLES P. ARENA, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE OF DEFENDANT CHARLES P. ARENA'S
FIRST SET OF INTERROGATORIES DIRECTED TO THE PLAINTIFF AND FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS
<u>DIRECTED TO PLAINTIFF</u>**

I, James Drnec, hereby certify that on this 6th day of July 2007, Defendant's First Set of Interrogatories Directed to the Plaintiff and First Set of Requests for Production of Documents and Things Directed to Plaintiff were served on the following counsel by Hand Delivery:

> James S. Yoder, Esquire
> White and Williams LLP
> 824 North Market Street, Suite 902
> P.O. Box 709
> Wilmington, DE 19899-0709
> jyoder@whiteandwilliams.com

> BALICK & BALICK LLC

> ___/s/ James Drnec_____
> Adam Balick, Esquire (#2718)
> Joanne Ceballos, Esquire (#2854)
> James Drnec, Esquire (#3789)
> 711 King Street
> Wilmington, Delaware 19801
> (302) 658-4265
> Attorneys for Defendant Charles P. Arena

Dated: July 6, 2007