IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLUE HEN HOTEL, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.05-221-JJF |
| | : | |
| CHARLES P. ARENA, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF COURT:

    Kindly withdraw my appearance on behalf of Charles P. Arena, defendant in the above-captioned action.

_____
Garvan F. McDaniel, Esquire (#4167)
BIFFERATO GENTILOTTI, LLC
800 King Street, First Floor
P.O. Box 2165
Wilmington, Delaware 19899-2165

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Charles P. Arena, defendant in the above-captioned action.

_____
James E. Drnec, Esquire (#3789)
BALICK & BALICK, LLC
711 King Street
Wilmington, Delaware 19801
302.658.4265

Dated: July 11, 2007