**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| _____ ) | |
| ) | |
| BLUE HEN HOTEL, LLC,  ) | |
| ) | CIVIL ACTION NO. 05-CV-00221 (SLR) |
| Plaintiff,  ) | |
| ) | JURY TRIAL DEMANDED |
| v.  ) | |
| ) | |
| CHARLES P. ARENA,  ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

**NOTICE OF RECORDS DEPOSITION DUCES TECUM**

**PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of Charles P. Arena on August 21, 2007 beginning at 11:00 a.m. in the offices of **WHITE and WILLIAMS LLP**, 824 North Market Street, Suite 902, Wilmington, Delaware 19801.  The witness is to have available all documents requested in Plaintiff's written Interrogatories and Request for Production of Documents served on Counsel for Defendant on or about March 13, 2006 that have not been previously provided or made available for inspection.  You are invited to attend and participate.

WHITE AND WILLIAMS LLP

 /s/ James S. Yoder
James S. Yoder (DE No. 2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302-467-4524
Fax: 302-467-4554
Email: yoderj@whiteandwilliams.com
Counsel for Plaintiff, Blue Hen Hotel, LLC

Dated: August 1, 2007

-2-

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, certify that on this 1st day of August, 2007, two copies of the foregoing **NOTICE OF RECORDS DEPOSITION DUCES TECUM** were delivered by regular U.S. mail, postage prepaid, to the following individuals:

Adam Balick, Esquire
Joanne Ceballos, Esquire
Jim Drnec, Esquire
Bifferato, Gentilotti, Biden & Balick
711 N. King Street
Wilmington, DE  19801

WHITE AND WILLIAMS LLP


 /s/ James S. Yoder
James S. Yoder (DE No. 2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302-467-4524
Fax: 302-467-4554
Email: yoderj@whiteandwilliams.com
Counsel for Plaintiff, Blue Hen Hotel, LLC


cc:  Wilcox and Fetzer, Ltd. (via facsimile 302-655-0497)