## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BLUE HEN HOTEL, LLC, | ) )  ) |
| Plaintiff, | ) CIVIL ACTION NO.  05-CV-00221 (MPT) ) |
| v. | ) JURY TRIAL DEMANDED ) |
| CHARLES P. ARENA, | ) ) |
| Defendant. | ) ) |

### STIPULATION OF DISMISSAL

Plaintiff, Blue Hen Hotel, LLC and Defendant, Charles P. Arena, through their respective

counsel, hereby stipulate to the dismissal of the above captioned action with prejudice.

| WHITE AND WILLIAMS LLP | BALICK & BALICK |
|---|---|
| James S. Yoder (DE No. 2643)<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>Phone: 302-467-4524<br>Fax: 302-467-4554<br>Email: yoderj@whiteandwilliams.com<br>Counsel for Plaintiff | James E. Drnec, Esquire (DE No. 3789)<br>711 N. King Street<br>Wilmington, DE 19801<br>Phone: 302-429-1900<br>Fax: 302-429-8600<br>Email: abalick@bgbblaw.com<br>Counsel for Defendant |